UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                        Plaintiff,

    -against-

JAMES SPINA,

                        Defendant.

------------------------------------------------------------x

**MEMORANDUM**

18 Cr. 625 (KMK)

TO:  <u>Kenneth M. Karas, United States District Judge</u>:

    Please find attached a transcript of the May 2, 2019 plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated: May 9, 2019
      White Plains, New York

                                  Respectfully Submitted,

                                  JUDITH C. McCARTHY
                                United States Magistrate Judge