

# HODGES WALSH & BURKE, LLP
### ATTORNEYS AT LAW
55 CHURCH STREET, SUITE 211
WHITE PLAINS, NEW YORK 10601

(914) 385-6000
FAX (914) 385-6060
www.hwb-lawfirm.com

**MEMO ENDORSED**

May 18, 2020

VIA ECF

The Honorable Kenneth M. Karas
Unite States District Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

*Re: United States v. James Spina, 18 CR 625 (KMK)*

Dear Judge Karas:

I am counsel for James Spina in the above-referenced matter. I am writing to respectfully request a 30-day adjournment of his sentencing currently scheduled for May 28th, 2020. The basis for this request is that due to the coronavirus pandemic in-person sentencing hearings are not feasible. The current situation would not allow for my client (and his family) to attend his sentencing in person. I have consulted with my client and he will not consent to waive his physical presence at his sentencing hearing.

Thank you for your consideration.

Very truly yours,

Michael K. Burke

Cc: AUSA Kate Martin by ECF and email.

*Granted. The sentence will go forward on July 6, 2020 at 2:00 p.m.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
5/19/20