TRULINCS 86089054 - SPINA, JAMES - Unit: DAN-H-A          **MEMO ENDORSED**

---

FROM: 86089054
TO:
SUBJECT: Pro Se Letter
DATE: 08/07/2022 04:43:37 PM

James Spina, Pro Se
Reg # - 86089-054
Danbury FCI
Route 37
Danbury, CT 06811



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,
Judgement Creditor,
No. 18 cr 625 (KMK)

V

JAMES SPINA
Judgement Debtor

and

SECURITIES OF AMERICA,

and

FS INVESTMENTS,
Garnishees.

Judgement Debtor
JAMES SPINA'S
MOTION FOR LEAVE
TO PROCEED PRO SE

Judgement Debtor, James Spina, Pro Se, hereby requests leave to proceed Pro Se in this matter, for the reasons set forth below:

1. This action arises from a restitution judgement entered under the above entitled case number.

2. As a matter of law, restitution is a criminal penalty and therefore the judgement debtor has a constitutional right to proceed Pro Se. See Faretta v. California - U.S. - (1976)

Wherefore, the judgment debtor requests leave to proceed Pro Se in this matter and for an order directing all parties serve him a copy of any future court filings.

Respectfully Submitted,
James Spina
Dated: August 7, 2022

Granted
So Ordered
KMK
8/24/22

TRULINCS 86089054 - SPINA, JAMES - Unit: DAN-H-A

---

FROM: 86089054
TO:
SUBJECT: Proof of Service - Pro Se
DATE: 08/07/2022 06:00:16 PM

PROOF OF SERVICE

************************

This is to certify that a copy of the foregoing Judgement Debtor James Spina's Motion for Leave to Proceed Pro Se have been mailed to the parties below:

John Gura, Jr.
AUSA
86 Chambers Street
New York, New York 10007

    And

Securities of America
Legal Department
12325 Port Grace Blvd
La Vista, Nebraska 68128

    And

FS Investments
201 Rouse Blvd
Philadelphia, PA 19112

This is the 7th day of August 2022,
Via First Class Mail

*[signature]*
James Spina



RECEIVED
AUG 11 2022
U.S.D.C.
W.P.

