UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Judgment Creditor,

    v.

JAMES SPINA,

        Judgment Debtor.

18 CR 625 (KMK)

**ORDER**

---

KENNETH M. KARAS, District Judge:

    WHEREAS, to enforce the criminal judgment entered against JAMES SPINA in this case, the United States of America ("the Government") served a subpoena, pursuant to Fed. R. Civ. P. 45, on the Office of the Westchester County Clerk seeking all filings in the marital dissolution action *Maelien Spina v. James Spina*, Matrimonial Case No. 56412/2019;

    WHEREAS, pursuant to New York Domestic Relations Law Section 235, the Office of the Westchester County Clerk requires an order of court to provide documents filed in a matrimonial action to any person other than a party or counsel of a party;

    WHEREAS, the Government and this Court require the requested records to ascertain and address the property interests of the parties to *Maelien Spina v. James Spina*, Matrimonial Case No. 56412/2019 in relation to this Court's restitution order; and

    WHEREAS, the Government has moved for entry of order directing the Office of the Westchester County Clerk to comply with the Government's subpoena and produce all filings in the marital dissolution action *Maelien Spina v. James Spina*, Matrimonial Case No. 56412/2019;

IT IS HEREBY ORDERED that the Office of the Westchester County Clerk comply with the Government's subpoena and produce all filings in the marital dissolution action *Maelien Spina v. James Spina*, Matrimonial Case No. 56412/2019.

Dated: October 13, 2022
New York, New York

*(signature)*
HON. KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE