PRESENT:

    HON. KENNETH M. KARAS, J.S.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Judgment Creditor,

    -against-                                             **ORDER**

JAMES SPINA,                                            Docket No:
                                                            18-CR-00625 (KMK)

                Judgment Debtor,

MAELIEN SPINA and EFFECTIVE MARKETING
& COMMUNICATIONS, LLC,

                Joined Relief-Defendants,

SECURITIES AMERICA, FS INVESTMENTS,
JACKSON, AND INLAND TRUST,

                Garnishees.
-------------------------------------------------------------------X

    IT IS HEREBY ORDERED, that MAELIEN SPINA should be added by the Clerk's Office as a joined relief defendant for purposes of ECF filing.

                                              SO ORDERED: _____
                                                             Hon. Kenneth M. Karas, J.S.C.

                                                             3/3/23