MEMO ENDORSED



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
*************************************************
UNITED STATES OF AMERICA,

                      Case Number: 18 CR 625 (KMK)

    Garnishor,

       v.

JAMES SPINA,

    Garnishee, et al.
*************************************************

### MOTION FOR A STAY PENDING APPEAL

The garnishee, James Spina, pro se, pursuant to Rule 8 of the Federal Rules of Appellate Procedure, requests a stay of the Court's March 13, 2023 order of garnishment pending the outcome of the garnishee's appeal. The garnishee's appeal is taken in good-faith and not for purposes of delay.

                                      Respectfully submitted,
                                      s/James Spina
                                      JAMES SPINA, Pro Se
                                      Garnishee

Dated: April 3, 2023

### PROOF OF SERVICE

This is to certify that a copy of the foregoing Motion for a Stay Pending Appeal has been mailed to U.S. Attorney, SDNY, 1 St. Andrrews Plaza, NY, NY 10007, this 3rd day of April, 2023, via first class mail.

s/James Spina
James Spina

---

Motion is denied. There is no final garnishment order, let alone an order entered on March 13, 2023. There is a fully-submitted motion related to a proposed final garnishment order that is scheduled for oral argument on 5/15/23, so there is nothing to appeal.

So Ordered.
4/13/23

